472 A.2d 264

Commonwealth v. Keith, Appellant.

Submitted November 16, 1983. Owen W. Nash, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, filed a memorandum dissenting opinion.

473 A.2d 203

James, Appellants, v. Kane.
Reargument Denied April 18, 1984.

Petition for Allowance of Appeal
Denied Sept. 17, 1984.

Argued October 3, 1983. Allen L. Feingold, for appellants; Barbara Axelrod, Deputy City Solicitor, for Kane, et al., appellees.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.